COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH

NO. 2-05-241-CV


IN THE INTEREST OF F.D.H., A CHILD 


------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

------------

MEMORANDUM OPINION [1] AND JUDGMENT

------------
        On July 5, 2005 and July 28, 2005, we notified appellant, in accordance
with rule of appellate procedure 42.3(c), that we would dismiss this appeal
unless the $125 filing fee was paid. See Tex. R. App. P. 42.3(c). Appellant has
not paid the $125 filing fee. See Tex. R. App. P. 5, 12.1(b).
        Because appellant has failed to comply with a requirement of the rules of
appellate procedure and the Texas Supreme Court's order of July 21, 1998, [2]
we dismiss the appeal. See Tex. R. App. P. 42.3(c), 43.2(f).
        Appellant shall pay all costs of this appeal, for which let execution issue. 
See Tex. R. App. P. 43.4.
 
                                                                  PER CURIAM

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: August 18, 2005
 
NOTES
1. See Tex. R. App. P. 47.4.
2. July 21, 1998 “Order Regarding Fees Charged in Civil Cases in the Supreme
Court and the Courts of Appeals,” 971-972 S.W.2d (Tex. Cases) XXXVIII
(1998).